## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JASON H. MERWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-21-472-SLP |
| | ) | |
| GARFIELD COUNTY DETENTION | ) | |
| FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered June 29, 2021 [Doc. No. 6]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.[1] Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED and this matter is DISMISSED WITHOUT PREJUDICE. A separate Judgment of Dismissal shall be entered contemporaneously with this Order.

---

[1] The Court's docket reflects that the Report and Recommendation was returned as "undeliverable" on July 6, 2021. Plaintiff is responsible for providing notice of any change of address to the Court. *See* LCvR 5.4(a) (requiring written notice of a change of address and further providing that papers sent by the Court are "deemed delivered if sent to the last known address given to the court."); *see also Theede v. United States Dep't of Labor*, 172 F.3d 1262, 1267-68 (10th Cir. 1999) (pro se plaintiff who failed to provide any change of address waived right to review of report and recommendation by failing to make a timely objection).

IT IS SO ORDERED this 26th day of July, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE